UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

NOEL A. SIMONELLI,

     Plaintiff,

 v.

NANCY A. BERRYHILL, Acting Commissioner of Social Security,

     Defendant.

CASE NO. 3:16-cv-05803 DWC

ORDER ON UNOPPOSED MOTION FOR EQUAL ACCESS TO JUSTICE ACT FEES, EXPENSES AND COSTS

  This Court has jurisdiction pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and Local Magistrate Judge Rule MJR 13. *See also* Consent to Proceed before a United States Magistrate Judge, Dkt. 4. This matter is before the Court on "Plaintiff's Motion for Attorney Fees and Costs under EAJA." Dkt. 17.

  Based on the Equal Access to Justice Act, 28 U.S.C. § 2412, ("EAJA"), Plaintiff's motion and attorney time itemization (Dkt. 17), and the relevant record, the Court orders EAJA attorney's fees of $6,358.44, expenses of $10.68, and costs, pursuant to 28 U.S.C. § 1920, of $400.00, for a total of $6,769.12 ("EAJA Award") be awarded to Plaintiff. *Astrue v. Ratliff*, 560 U.S. 586, 591–97 (2010).

1       The Acting Commissioner shall contact the Department of Treasury after this Order is
entered to determine if the EAJA Award is subject to any offset. If there is an offset, any remainder shall be made payable to Plaintiff, based on the Department of the Treasury's Offset Program and standard practices. Any check for the EAJA Award shall be made payable to Plaintiff, Noel Simonelli, and mailed to Plaintiff's counsel, Todd R. Renda, 6413 19th Street West, Suite 21, Tacoma, WA 98466-6223.

      Dated this 31st day of May, 2017.

*[Signature]*

David W. Christel
United States Magistrate Judge